**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
:
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) : **Order Filed on September 19, 2018**
_____ : **by Clerk**
Law Office Peter Zimnis : **U.S. Bankruptcy Court**
1245 Whitehorse Mercerville Road : **District of New Jersey**
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
OREST & GINA MYCYK :
:
:
:
Debtors :
: Case No.: 15-18289
:
: Chapter 13
:
_____: Judge: Kathryn C. Ferguson

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 19, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Orest & Gina Mycyk
Case No.:   15-18289 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

___x__   through the Chapter 13 Plan as an administrative priority from
         funds on hand
_____   outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $229 per month for the remaining months to allow for payment of aforesaid fee.