**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
OREST & GINA MYCYK

Debtors

Order Filed on September 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-18289

Chapter 13

Judge: Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 19, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Orest & Gina Mycyk
Case No.:  15-18289 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

  ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

   ___x__   through the Chapter 13 Plan as an administrative priority from
     funds on hand
   _____   outside the Plan

  The debtor's monthly Plan is not modified, thus the debtor will continue to pay $229 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Orest B Mycyk  
Gina M Mycyk  
    Debtors

Case No. 15-18289-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db/jdb         +Orest B Mycyk,    Gina M Mycyk,    14 Rotunda Drive,    Hamilton, NJ 08610-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Conika Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION conika.majumdar@fnf.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         John Zimnis    on behalf of Joint Debtor Gina M Mycyk njbankruptcylaw@aol.com.  
         John Zimnis    on behalf of Debtor Orest B Mycyk njbankruptcylaw@aol.com.  
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
         Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC , PATRICK.LACSINA@GMAIL.COM  
         Phillip Andrew Raymond    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC phillip.raymond@mccalla.com  
         R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

                                                                                                                                                                               TOTAL: 16