Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−18289−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Orest B Mycyk
14 Rotunda Drive
Hamilton, NJ 08610

Gina M Mycyk
aka Gina Schultz
14 Rotunda Drive
Hamilton, NJ 08610

Social Security No.:
   xxx−xx−8661                                                xxx−xx−5731

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/28/18 at 09:00 AM

to consider and act upon the following:

*111* − Motion for Relief from Stay re: 14 Rotunda Drive, Hamilton Township, New Jersey, 08610. Fee Amount $ 181. Filed by Richard James Tracy III on behalf of BAYVIEW LOAN SERVICING, LLC. Hearing scheduled for 6/27/2018 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification in Support for Motion for Relief # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Proposed Order # 7 Certificate of Service) (Tracy, Richard)

Dated: 10/29/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court