Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15–18289–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Orest B Mycyk
14 Rotunda Drive
Hamilton, NJ 08610

Gina M Mycyk
aka Gina Schultz
14 Rotunda Drive
Hamilton, NJ 08610

Social Security No.:
 xxx–xx–8661                                    xxx–xx–5731

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 14, 2017.

On December 4, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:             January 9, 2019
Time:             10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 6, 2018
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-18289-KCF
Orest B Mycyk                                                           Chapter 13
Gina M Mycyk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2         Date Rcvd: Dec 06, 2018
                              Form ID: 185              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
```
db/jdb         +Orest B Mycyk,    Gina M Mycyk,    14 Rotunda Drive,     Hamilton, NJ 08610-1928
cr             +Ocwen Loan Servicing, LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
cr             +Thrift Investment Corporation,    PO Box 538,    Fords, NJ 08863-0538
cr             +Toyota Lease Trust,    30 Montgomery Street,    Suite 1205,    Jersey City, NJ 07302-3835
cr             +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                Iselin, NJ 08830-2713
515489079      +Chase,    PO Box 24696,    Columbus, OH 43224-0696
515489080      +Citibank (Best Buy),    PO Box 6500,    Sioux Falls, SD 57117-6500
515489081      +Citibank (Childrens),    PO Box 6241,    Sioux Falls, SD 57117-6241
515489082      +Citibank (Home Depot),    PO Box 6500,    Sioux Falls, SD 57117-6500
515489084      +Dr. Earl Lincoln Noyan,    1374 Whitehorse Hamilton Square Rd,    Suite 30,
                Trenton, NJ 08690-3701
515489085      +Edgar Ralff. DMD,    4210 South Broad Street,    Trenton, NJ 08620-2105
515489086      +First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
515489087      +Golden Valley Lending,    635 East Hwy 20,    Re: R1M-(03/06),    Upper Lake, CA 95485-8793
515513647      +Golden Valley Lending,    635 Hwy 20, E,    Upper Lake, CA 95485-8793
515489088      +HESAA,    PO BO Box 548,    Trenton, NJ 08625-0548
515489089      +HSBC Bank (Orchard),    PO Box 5253,    Carol Stream, IL 60197-5253
515706116      +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe, LA 71203-4774
515489090      +Mercer County Child Support Enforcement,    PO Box 8068,    Re: Terry Lee Allen,
                Trenton, NJ 08650-0068
515489091      +Ocwen Federal Bank,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
515489093      +Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
515489099     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 5855,    Carol Stream, IL 60197)
515489096      +Target,    3701 Wayzata Blvd,    #2CF,    Minneapolis, MN 55416-3401
515489097      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
515489098      +TitleMax of Delaware,    3401 Kirkwood Highway,    Wilmington, DE 19808-6133
515967361      +TitleMax of Delaware, Inc. d/b/a/ TitleMax,    15 Bull Street Suite 200,
                Savannah, GA 31401-2686
515649203      +Toyota Lease Trust,    c/o Becket & Lee LLP,    PO Box 3002,    Malern, PA 19355-0702
516552017      +Toyota Lease Trust,    c/o Becket & Lee LLP,    PO Box 3002,    Malvern, PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2018 00:36:54      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 00:36:52      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515504654       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2018 00:50:59
                American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                Oklahoma City, OK 73124-8838
517563998      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 07 2018 00:37:23
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd. 33146-1837
517563997      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 07 2018 00:37:23
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                Coral Gables, Florida 33146-1837
515489078       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 00:38:34      Capital One Services,
                15000 Capital One Drive,    Richmond, VA 23238
515489076      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 00:38:58      Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
515489077      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 00:38:58      Capital One (HSBC),
                1680 Capital One Drive,    Mc Lean, VA 22102-3407
515612803      +E-mail/Text: bankruptcy@cavps.com Dec 07 2018 00:37:15      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515489083      +E-mail/Text: mrdiscen@discover.com Dec 07 2018 00:35:39      Discover,    PO Box 71084,
                Charlotte, NC 28272-1084
515499790       E-mail/Text: mrdiscen@discover.com Dec 07 2018 00:35:39      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515489092       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 00:50:15
                Portfolio Recovery Associates,    Re: Capital One,    120 Corporate Blvd,    Ste 1,
                Norfolk, VA 23502
515699287       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 01:01:39
                Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
515705249       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 00:49:46
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515703527      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 07 2018 00:37:11      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 06, 2018
                              Form ID: 185             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515489094      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 00:39:10      SYNCB/Toys R Us,    PO Box 965036,
                 Orlando, FL 32896-5036
515489095      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 00:38:45      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
515692192       E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 00:38:21      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515538000      +E-mail/Text: bncmail@w-legal.com Dec 07 2018 00:37:07      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515489075     ##+Allied Interstate,   Re: Walmart,    PO Box 4000,    Warrenton, VA 20188-4000
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Conika   Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           conika.majumdar@fnf.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          John   Zimnis    on behalf of Joint Debtor Gina M Mycyk njbankruptcylaw@aol.com.
          John   Zimnis    on behalf of Debtor Orest B Mycyk njbankruptcylaw@aol.com.
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com,
           jbommelje@grosspolowy.com
          Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC ,
           PATRICK.LACSINA@GMAIL.COM
          Phillip Andrew Raymond    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           phillip.raymond@mccalla.com
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
                                                                                              TOTAL: 16
```