**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
OREST & GINA MYCYK

　　　　　　　Debtors

Order Filed on January 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-18289

Chapter 13

Judge: Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: January 25, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Orest & Gina Mycyk
Case No.:  15-18289 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

    ___x__  through the Chapter 13 Plan as an administrative priority from
           funds on hand
    _____  outside the Plan

    The debtor's monthly Plan is not modified, thus the debtor will continue to pay $229 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-18289-KCF
Orest B Mycyk                                                                       Chapter 13
Gina M Mycyk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 28, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2019.
db/jdb         +Orest B Mycyk,   Gina M Mycyk,   14 Rotunda Drive,   Hamilton, NJ 08610-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Conika   Majumdar    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              John   Zimnis    on behalf of Joint Debtor Gina M Mycyk njbankruptcylaw@aol.com.
              John   Zimnis    on behalf of Debtor Orest B Mycyk njbankruptcylaw@aol.com.
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing, LLC ,
               PATRICK.LACSINA@GMAIL.COM
              Phillip Andrew Raymond    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
                                                                                               TOTAL: 16